UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MCCAULEY,<br><br>          Plaintiff,<br><br>     vs.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>          Defendant. | Case No: CV13-02086 PA(MRWx)<br><br>**ORDER DISMISSING ENTIRE ACTION<br>WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 16, 2013

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE